**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 515 EAL 2019

        Respondent            :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

        v.                           :

                                       :

OMAR A. RAHMAN,                   :

                                       :

        Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 24th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.